THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Defendant.— Judgment directed for the defendant on the submission, without costs.

JEANETTE F. PAASCHEN, Respondent, v. WILLIAM H. PAASCHEN, Appellant.— Judgment unanimously affirmed, with costs, on the authority of *Hungerford* v. *Hungerford* (161 N. Y. 550); *Pelz* v. *Pelz* (156 App. Div. 765).

JEANETTE F. PAASCHEN, Respondent, v. WILLIAM H. PAASCHEN, Appellant.— Order modified by deducting from the counsel fee $300 paid in the former action, and as so modified unanimously affirmed, without costs.

NORMAN J. ROSE, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs.    Kiley, J., not sitting.

FRANK RUCKEL, as Trustee of Common School District No. 2 of the Town of Vestal, Broome County, New York, Respondent, v. MARY ELDREDGE and Others, Appellants.— Judgment and orders appealed from unanimously affirmed, with costs.    Kiley, J., not sitting.

MARY F. WEBSTER, as Administratrix, etc., of GROVE WEBSTER, JR., Deceased, Respondent, v. WALKER D. HINES, Director-General of Railroads (THE NEW YORK CENTRAL RAILROAD COMPANY), Appellant, Impleaded with KINGSTON CONSOLIDATED RAILROAD COMPANY, Defendant. — Judgment and order reversed, on the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $20,000, in which case the judgment is so modified and as modified judgment and order affirmed, without costs.    All concur.

EMERSON WEST, Appellant, v. JOHN BARTON PAYNE, Director-General of Railroads, as Agent to Be Sued on Causes of Action Arising Out of Operation During Federal Control,* Respondent.— Judgment unanimously affirmed, with costs.    Kiley, J., not sitting.

ADIRONDACK TRUST COMPANY, Respondent, v. FRANK J. NOLAN, Respondent, and ELSIE L. NOLAN, Appellant.— No decision is rendered in this case, the respondent Frank J. Nolan having died since the argument of the appeal.

JOHN M. W. DURANT and LOUIS J. REZZIMINI, as Committee of the Person and Estate of JOHN M. W. DURANT, an Incompetent Person, Appellants, v. ROELIF H. BROOKS, as Executor of and Trustee under the Will of ELIZA W. DURANT, Deceased, Respondent, Impleaded with JOHN BROOKS and EMILY F. BROOKS.— Order modified by striking from the summons and the title of the amended complaint the name of John M. W. Durant, as party plaintiff, and as so modified unanimously affirmed, without costs, on the ground that said person has not legal capacity to sue, with leave to the defendant to plead within twenty days.

---

*See Transportation Act, 1920 (41 U. S. Stat. at Large, 461), § 206; Pres. Proc. March 11, 1920, and May 14, 1920, 41 id. 1789, 1794.  See, also, Federal Employers' Liability Act, 35 U. S. Stat. at Large, 65, chap. 149, as amd. by 36 id. 291, chap. 143.— [REP.